# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

138863-66 (101)

ANGLERS OF THE AuSABLE, INC.,
MAYER FAMILY INVESTMENTS, LLC,
and NANCY A. FORCIER TRUST,
        Plaintiffs-Appellants,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY, DIRECTOR OF THE
DEPARTMENT OF ENVIRONMENTAL
QUALITY, and MERIT ENERGY COMPANY,
        Defendants-Appellees.
_____

SC: 138863-138866
COA: 279301, 279306, 280265,
        280266
Otsego CC: 06-011697-CE

        On order of the Chief Justice, the motion by defendant-appellee Merit Energy for extension of the time for filing its brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2010

_____
Clerk